AO91 (Rev. 12/03)  Criminal Complaint                                                                                    AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> **vs.** | **CRIMINAL COMPLAINT** <br><br> Case Number: 7:16-po-05226 |

Bernabe MERCADO-Cruz
IAE A099 824 879
Mexico 1984

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **December 21, 2016** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Bernabe MERCADO-Cruz was encountered by Border Patrol Agents near Hidalgo, Texas on December 21, 2016. When questioned as to his citizenship, defendant stated that he was a citizen and national of the United Mexican States, who had entered the United States illegally on December 21, 2016 by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:  ☐ Yes   ☒ No

/S/ Armendariz Jr, Francisco   Border Patrol Agent
Signature of Complainant

Armendariz Jr, Francisco   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

December 22, 2016                                                                 at    McAllen, Texas
Date                                                                                                   City/State

Peter E Ormsby            U.S. Magistrate Judge
Name of Judge            Title of Judge                                      Signature of Judge